THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 Ronnie Harris, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 

ON WRIT OF CERTIORARI

Appeal from Greenville County
 John C. Few, Circuit Court Judge

Opinion No. 2009-MO-006
 Submitted January 22, 2009  Filed
February 9, 2009   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda  H. Carter, of South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Karen
 Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the post-conviction relief courts order
 denying relief to Petitioner. After
careful consideration of the record and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE,
JJ., concur.